# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2019

158662 & (26)(28)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TYRONE WILLIAMS,
       Plaintiff-Appellant,

v

ST. LOUIS CORRECTIONAL FACILITY
WARDEN,
       Defendant-Appellee.

SC: 158662
COA: 344166
Gratiot CC: 17-000223-AH

_____/

On order of the Court, the application for leave to appeal the October 10, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to appoint counsel and the motion for living irrevocable trust are DENIED.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 2, 2019

Clerk

t0624